DATE:  October 5, 2021

 

       The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1.  Christina M. Mollenhauer
    v. Commonwealth of Virginia
    Record No. 0803-20-2
    Opinion rendered by Chief Judge Decker on
    July 6, 2021

2.  Ronnie Lee Johnson
    v. Commonwealth of Virginia
    Record No. 0443-20-3
    Opinion rendered by Judge AtLee on
    July 27, 2021

3.  Brian Wesly Ruff
    v. Commonwealth of Virginia
    Record No. 0694-20-2
    Opinion rendered by Judge Athey on
    July 27, 2021

4.  John Crescent Ndunguru
    v. Commonwealth of Virginia
    Record No. 0855-20-4
    Opinion rendered by Senior Judge Haley on
    August 3, 2021

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Tobias O. Reed
    v. Commonwealth of Virginia
    Record No. 1305-15-4
    Opinion rendered by Judge Beales upon remand from the Supreme Court
       on November 12, 2019
    Refused (200074)

2. Ruebin Clifton Fletcher
    v. Commonwealth of Virginia
    Record No. 1736-19-2
    Opinion rendered by Judge O'Brien
       on November 10, 2020
    Refused (210442)